(105 So. 926)

Jerome E. SIEGEL v. George L. TATE. (2 Div. 339.) (Court of Appeals of Alabama. Nov. 3, 1925.) Appeal from Circuit Court, Dallas County; S. F. Hobbs, Judge.

BRICKEN, P. J. Appeal dismissed on motion of appellant.

---

(108 So. 926)

John SMALLWOOD v. STATE. (6 Div. 977.) (Court of Appeals of Alabama. April 27, 1926.) Appeal from Circuit Court, Walker County; Ernest Lacy, Judge. Assault and battery.

SAMFORD, J. Appeal dismissed.

---

(106 So. 924)

Ralph SMITH v. H. R. SHORES et al. (7 Div. 12.) (Court of Appeals of Alabama. Jan. 26, 1926.). Appeal from Circuit Court, Clay County; E. S. Lyman, Judge.

SAMFORD, J. Appeal dismissed.

---

(105 So. 926)

Bud SMITH v. STATE. (4 Div. 25.) (Court of Appeals of Alabama. Nov. 10, 1925.) Appeal from Circuit Court, Coffee County; W. L. Parks, Judge.

BRICKEN, P. J. This appeal is from a judgment of conviction for assault with intent to murder. Pending the trial there were no exceptions reserved to any ruling of the court. No charges were refused to defendant, and no motion for a new trial was made. There are, therefore, no questions presented for the consideration of this court, except, of course, such errors as may appear upon the record proper. The record has been examined, and no error is apparent thereon. Nothing is left for this court but to affirm the judgment of conviction appealed from, which is accordingly ordered. Affirmed.

---

(105 So. 926)

Harley SMITH v. STATE. (5 Div. 555.) (Court of Appeals of Alabama. Aug. 11, 1925. Rehearing Denied Oct. 27, 1925.) Appeal from Circuit Court, Chilton County; George F. Smoot, Judge. Harley Smith was convicted of violating the prohibition law, and he appeals. Affirmed. Percy M. Pitts, of Clanton, for appellant. Harwell G. Davis, Atty. Gen., and Lamar Field, Asst. Atty. Gen., for the State.

The same rules of evidence applicable to other criminal trials apply to trials for violation of the prohibition law, and the same presumption of evidence attends the defendant throughout. Guin v. State, 19 Ala. App. 67, 94 So. 788;

Ammons v. State, 20 Ala. App. 283, 101 So. 511.

There was no error in admission of evidence or in refusal of requested charges.

BRICKEN, P. J. From a judgment of conviction under the first count of the indictment, which charged in proper form and substance the unlawful possession of a still, etc., this appeal was taken. The evidence was in conflict, and was therefore a question for the jury. Several rulings of the court upon the admission of the testimony, and to which exceptions were reserved, are insisted upon as reversible error. We do not so conclude, however. We have failed to find any error of a reversible nature in the rulings of the court upon this trial. There was ample evidence to support the verdict and sustain the judgment pronounced and entered. The court's oral charge was full, fair, and explicit. This charge, coupled with the several special charges given at request of defendant, covered the law governing every phase of this case, and also covered fairly and substantially such of the refused written charges as properly stated the law. Some of these charges were involved, and most of them mere arguments. The motion to quash the indictment was properly overruled. No error appearing, the judgment of the circuit court will be affirmed. Affirmed.

---

(105 So. 926)

Robert SMITH v. STATE. (8 Div. 355.) (Court of Appeals of Alabama. June 30, 1925.) Appeal from Circuit Court, Morgan County; James E. Horton, Judge. W. H. Long, of Decatur, for appellant. Harwell G. Davis, Atty. Gen., for the State.

RICE, J. The defendant was convicted of the offense of grand larceny, and appeals. The principal insistences of error are based on the refusal of the affirmative charge in defendant's favor and the overruling of his motion for a new trial; the contentions being, first, that there was no evidence of defendant's guilt, and, second, that there was not sufficient evidence to support the verdict. It would serve no useful purpose to discuss the testimony, but the court has read the evidence offered on the trial en banc, and is of the opinion that neither contention above noted is well founded. The other exceptions reserved by defendant have each been examined, and in none of them do we find merit. Only elementary principles of law are involved. The defendant appears to have had a fair trial, and, finding in the record no prejudicial error, the judgment is affirmed. Affirmed.

---

(106 So. 924)

Joe SMITH v. STATE. (6 Div. 851). (Court of Appeals of Alabama. Dec. 18, 1925.) Appeal from Circuit Court, Jefferson County; W. E. Fort, Judge. Vagrancy. Fred H. Woodard, of Birmingham, for appellant. Harwell G. Davis, Atty. Gen., for the State.

RICE, J. Appeal dismissed by appellant.